SHERIFF'S CERTIFICATE OF SERVICE (C.P.L.R. 306)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
STATE OF NEW YORK

MIGUEL VALLE                                    Plaintiff/Petitioner



-against-

INVESTIGATOR THOMAS MORAN                       Defendant/Respondent

I, Thomas Belfiore, Commissioner-Sheriff of the County of Westchester, State of New York do hereby certify that on the 9/26/2007 at 2:00PM service was effected of the annexed SUMMONS AND COMPLAINT in the above entitled action or proceeding by my undersigned Police Officer JUAN CAAMANO, upon INVESTIGATOR THOMAS MORAN the person named therein as Defendant in said action or proceeding by depositing in a Post Official Depository of the United States Post Office at 110 Dr. Martin Luther King Jr. Boulevard, White Plains, New York, a true copy thereof enclosed in a postpaid wrapper properly addressed to said defendant at: WESTCHESTER CO DISTRICT ATTORNEYS OFFICE 111 MARTIN LUTHER KING BOULEVARD WHITE PLAINS, NY 10601 that being the defendant's last place of abode or place of business in the County of Westchester and State of New York; and Leaving a true copy thereof with a person of suitable age or discretion found at the premises, to wit : DEBBIE JONES, AGENT AUTHORIZED TO ACCEPT.

Approximate Age: 40-45           Sex: FEMALE
Approximate Weight: 130          Height: 5'6
Color of Skin: WHITE             Hair: BLONDE

Date: September 26, 2007

_____
Police Officer JUAN CAAMANO

_____
THOMAS BELFIORE
Commissioner-Sheriff
Westchester County