

Andrew J. Spano
County Executive

Office of the County Attorney
Charlene M. Indelicato
County Attorney

**MEMO ENDORSED**

October 12, 2007

By facsimile (914) 390-4085
Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: <u>Valle v. Moran et ano.</u> 07 Civ. 08214 (CLB)(MDF)

Dear Judge Brieant:

    This office represents the defendants in the above-referenced matter. Presently, defendants are required to answer or move with respect to the Complaint by October 16, 2007. Counsel for Plaintiff has consented to an extension of time to answer or move until November 16, 2007. This is the first request for an extension of time.

    Consequently, Defendants respectfully request that the Court extend defendants' time to answer or move to November 16, 2007. Should you have any questions, I can be reached at (914)995-3671. Thank you for your consideration.

Respectfully submitted:

Hillary J. Raimondi (HR0198)
Associate County Attorney

HJR/
Cc: Karen L. Mayer, Esq.
      Attorney for Plaintiff
      By facsimile: (203) 661-3666

*[Handwritten margin note: Application Granted SO ORDERED /s/ Charles L. Brieant October 22, 2007]*

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601     Telephone: (914)995-2660   Website: westchestergov.com

OCT-12-2007 16:07     99%     TOTAL P.02
P.02