Exhibit A

```
 1
 2                                                          8
 3
 4                    T H O M A S      M O R A N,
 5                    having been first duly sworn
 6                    as a witness, was examined and
 7                    testified as follows:
 8
 9
10   EXAMINATION BY MS. BRAILEY:
11   Q    Good morning.
12   A    Good morning.
13   Q    Could you state your name and business address
14        for the record, please?
15   A    My name is Investigator Thomas Moran, M-O-R-A-
16        N, business address is 111 Dr. Martin Luther
17        King, Jr., Boulevard, White Plains, New York,
18        10601.
19   Q    Investigator Moran, by whom are you employed?
20   A    The County of Westchester.
21   Q    And any particular--
22   A    District Attorney's Office.
23   Q    And what is your position with the Westchester
24        County District Attorney's Office?
25   A    I am an environmental crimes investigator/arson
```

1                          Moran

2                                                          9

3

4          investigator and part-time security detail.

5    Q    And how long have you been with the Westchester

6          County District Attorney's Office?

7    A    Since April of 2000.

8    Q    And what was your prior employment?

9    A    I was a New York State Department of

10         Environmental Conservation officer and

11         investigator.

12   Q    And how long were you an investigator with

13         D.E.C.?

14   A    Twelve years.

15   Q    You indicated you were assigned to the

16         environmental crimes bureau?

17   A    Yes.

18   Q    And you were so employed in May of 2004?

19   A    Yes, I was.

20   Q    And did you have occasion to respond to the

21         Village of Sleepy Hollow in furtherance of an

22         investigation with respect to an explosion in

23         May of 2004?

24   A    Yes.

25   Q    Drawing your attention specifically to May 18th

1                                    Moran

2                                                              10

3

4          of 2004, did you respond to Sleepy Hollow for

5          the purpose of conducting an interview?

6    A     Yes.

7    Q     And what individual did you interview at that

8          time?

9    A     We interviewed several.  Miguel Valle was one.

10   Q     And where did the interview of Miguel Valle

11         take place?

12   A     In the police department of Sleepy Hollow.

13   Q     And were there other individuals present?

14   A     Yes.

15   Q     What, if anything, did you discuss with Mr.

16         Valle at that time?

17   A     We discussed several topics.  The main topic

18         was the explosion down at 126 Valley, the

19         repair of the boat that was purchased by the

20         Sleepy Hollow Fire Department, and the repairs

21         of the boat.

22   Q     What, if anything, did he indicate that he had

23         done on May 15, 2004, the Saturday before the

24         explosion?

25   A     Saturday there was a group of volunteer

1                          Moran

2                                                    11

3

4        firemen, and that was the day that they were

5        going to launch their fire boat on the Hudson

6        River, and it was their maiden voyage.  They

7        got out in the middle of the bay, and the motor

8        conked out, and there were several mechanics

9        onboard, Miguel being one of them, and they got

10       one engine started and nursed it back to the

11       marina.  They, through consensus, they figured

12       out that it was bad gas, there was water in the

13       gas, and had to be taken out in order to make

14       it run properly.

15    Q  And this is what Mr. Valle said to you?

16    A  Yes.

17    Q  Who was he going to remove the gas with?

18    A  With other individuals, a Jack Tornello and a

19       Capello, Paul Capello.

20    Q  Did he indicate to you when that was going to

21       happen?

22    A  They were going to do it Sunday morning, the

23       next day.

24    Q  What, if anything, did he tell you with respect

25       to what he did at approximately 9:15 on Sunday

1                          Moran

2                                              12

3

4        morning, which would be the 16th, May?

5    A   Prior to going down to the boat, Mr. Valle went

6        to the Sleepy Hollow Firehouse and picked up

7        two gas cans, approximately five gallons in

8        capacity.

9    Q   Excuse me.  Did he meet anybody else there?

10   A   Yes, he met the fire chief, Assistant Fire

11       Chief Capello, Paul Capello, and went down to

12       the marina from there.

13   Q   Did he indicate to you at what time he returned

14       to the firehouse?

15   A   He told me approximately an hour later.  So

16       that would make it 10:15 in the morning, with

17       two--returning with Mr. Capello.

18   Q   What, if anything, did they say they

19       encountered when they responded back there?

20   A   Um, they pulled in in front of the firehouse on

21       the right, on the tarmac by the garage doors,

22       firehouse garage doors, they pulled up and, um,

23       they opened up the garage door, and there were

24       several people inside the firehouse that they

25       didn't recognize, and it was a lot of adults,

1                              Moran

2                                                        13

3

4          adults and children and, um, that's who they

5          encountered when he opened up the firehouse

6          doors.

7     Q    And what, if anything, did he tell you that he

8          did while he was at the firehouse at that date

9          and time?

10    A    He took gas cans and went into the firehouse,

11         and Chief Capello went and spoke to the parents

12         and the kids to see what they were doing there

13         in the firehouse.

14    Q    Now, what, if anything, did Mr. Valle tell you

15         with respect to the amount of gasoline that was

16         siphoned out of the boat?

17    A    He advised me in the interview that they

18         pumped out approximately sixty-five to seventy

19         gallons of gasoline out of the tank.

20    Q    Did you inquire of Mr. Valle as to whether or

21         not he had seen the water running in the sink

22         in the firehouse?

23    A    I asked him that and he replied no, he did not

24         hear it or see it at any time.

25    Q    Did you ask Mr. Valle if he poured any

1                              Moran
2                                                            14
3
4          gasoline in the sink?
5    A     Yes.
6    Q     And what, if anything, did he tell you?
7    A     He told me no.
8    Q     Did he tell you if he knew who did?
9    A     No.  He had no opinion how the gasoline got
10         into the slop sink or into the pipes leading
11         out to the street.
12   Q     Now, Investigator Moran, did you have occasion
13         to respond to 126 Valley Street during the
14         course of this investigation?
15   A     Yes.
16   Q     And did you enter the crawl space at that
17         location?
18   A     Yes, I have.
19   Q     And did you have the opportunity to photograph
20         that crawl space?
21   A     Yes.
22   Q     Drawing your attention specifically to Grand
23         Jury Exhibits Number Ten and Eleven, do you
24         recognize the items depicted in Grand Jury
25         Exhibit Numbers Ten and Eleven?

```
 1                          Moran

 2                                                15

 3

 4   A    Yes.

 5   Q    And what do you recognize those to be?

 6   A    This is a pipe inside the crawl space at 126

 7        Valley Street.

 8   Q    And in fact you took those photographs;  is

 9        that correct?

10   A    That's correct.

11   Q    Was there a cap for that pipe?

12   A    There was a cap.  It wasn't the correct cap for

13        that pipe, and it was laying beside the pipe

14        itself on the floor, and I took it after we did

15        the dye test, and I resealed with duct tape to

16        prevent any other gases possibly coming back

17        into the crawl space in the future until they

18        got a proper cap for it.

19                          MS. BRAILEY:  Mr.

20        Hughes, do you have any questions for

21        Investigator Moran?

22                          MR. HUGHES:  Yes.

23

24

25
```

1                                    Moran

2                                                                    16

3

4    EXAMINATION BY MR. HUGHES:

5    Q     Investigator Moran, when Mr. Valle described

6          his going to the firehouse with Chief Capello--

7    A     Yes.

8    Q     Did he describe whether or not he had brought

9          any cans--what was his purpose for going to the

10         firehouse?

11   A     Um, his purpose was to pick up a couple of lag

12         bolts, and he said lag bolts and some gas

13         containers.

14   Q     Did they pick up some containers from the

15         firehouse?

16   A     He really wasn't clear in reference to whether

17         he was dropping them off or picking them up,

18         but according to witnesses that we interviewed,

19         the party that--

20   Q     I don't want-- that testimony would be hearsay.

21         Just what he told you.  What did he tell you

22         regarding the gas cans?

23   A     Um, he said, "I found--he went back into the--

24         he went back into the firehouse, and he found

25         one additional gasoline container inside a room

1                          Moran

2                                                    17

3

4        of the firehouse, and he also picked up a

5        couple of lag bolts for the boat.

6   Q    He didn't say he brought any containers there?

7   A    He said-- no, he did not.

8                          MR. HUGHES:  Okay.

9             Yes, sir?

10                         A JUROR:  Could you

11       elaborate on why that wasn't a proper cap for

12       that pipe, and what would be a proper cap?

13

14

15  EXAMINATION BY MS. BRAILEY:

16  Q    What made you make the determination it was not

17       a proper cap for that pipe?

18  A    It didn't fit.  It wasn't--it didn't have,

19       according to the people that I spoke to there--

20  Q    Based on your own observations?

21  A    It just didn't fit.  It wasn't the right size,

22       and that's why I put it down.  I put it on top

23       and duct taped it so it would stop the fumes

24       from back feeding in the crawl space again.

25                         A JUROR:  Thank you.

Moran

18

4  Q   So it wouldn't be secure on its own, it just

5       didn't meet?

6  A   No, it didn't thread on.  Didn't snap on it, it

7       didn't do anything.  It wasn't the right one.

8                MS. BRAILEY:  Yes,

9       ma'am?

10              A JUROR:  Did Mr.

11     Valle tell you either what he intended to do

12     with the gas he took off the boat or what he

13     actually did with the gas he took off the boat?

14

15  Q   You may answer the question.

16  A   No.

17              A JUROR:  Did you ask

18     him that question?

19           THE WITNESS:  I asked

20     him what happened to the gas, and, um, of the

21     gallons, and he said that they put them in the

22     back of the pick-up truck and they took them to

23     the DPW.

24             A JUROR:  So he did

25     tell you what he did with the gas?

1                          Moran

2                                             19

3

4                          THE WITNESS:  Some of

5    the gas, yes.

6                          MS. BRAILEY:  Yes,

7    ma'am?

8                          A JUROR:  Did you

9    interview Paul Capello at all?

10                         THE WITNESS:  Um--

11                         MR. HUGHES:  Just a

12   moment.  Just one moment, folks.

13                         (Whereupon Ms.

14   Brailey, Mr. Hughes, and the witness stepped

15   out of the Grand Jury Room)

16

17                         (Whereupon Ms.

18   Brailey, Mr. Hughes, and the witness re-entered

19   the Grand Jury Room)

20

21

22

23

24

25

Moran

20

EXAMINATION BY MS. BRAILEY:

Q    Investigator Moran, did you interview Paul

Capello?

A    No.

MS. BRAILEY:  Yes,

ma'am?

A JUROR:  You said,

like, Mr. Valle told you he pulled out sixty

gallons worth of gasoline, but there were only,

like, six cans.  Did he tell you what he did

with the rest of it?

Q    You may answer the question?

A    No, he did not.

MR. BRAILEY:  Yes,

ma'am?

A JUROR:  The time

that they entered the firehouse--

MS. BRAILEY:  I am

sorry?

A JUROR:  What time did he

Moran

21

4    tell you he entered the firehouse?

6                                MS. BRAILEY:  Which

7    time?

8                                A JUROR:  Valle went

9    to the firehouse when he encountered all these

10   people.

11                               MS. BRAILEY:  What

12   time was it when he saw the people at the

13   firehouse?

14                               A JUROR:  Yes.

16   Q    Did he tell you what time they arrived, which

17        would be the second time that day?

18   A    Approximately 10:15 in the morning.

19                               MS. BRAILEY:  Mr.

20   Hughes, do you have anything else?

21                               MR. HUGHES:  No.

22                               MR. BRAILEY:  Any

23   other members of the Grand Jury have any

24   questions?

25                               A JUROR:  Mr. Moran,

1                          Moran

2                                                    22

3

4       you were present for the dye test?

5                          THE WITNESS:  Correct.

6       A JUROR:  Did you remove that cap?

7                          THE WITNESS:  Yes, I

8       did.

9                          A JUROR;  And then

10      replaced it?

11                         THE WITNESS:  Yes.

12                         MS. BRAILEY:  Are

13      there any other questions?

14           Yes, sir?

15                         A JUROR:  Have you

16      checked the contents of the receptacles at the

17      place where they supposedly disposed of the

18      gasoline in DPW?

19                         THE WITNESS:  Yes.

20                         A JUROR:  What did you

21      discover?

22                         THE WITNESS:

23      Inconclusive.  They have two storage tanks, one

24      for the gas and one for the waste oil, and, um,

25      for those type of materials that are to be

1                          Moran

2                                                    23

3

4        disposed of according to the gentleman that

5        works for DPW, he took those--

6                          MS. BRAILEY:  You

7        can't testify as to what another person told

8        you on that particular circumstance.

9            Yes, sir?

10                         A JUROR:  Mr. Moran,

11       with respect to the cap that you removed--

12                         THE WITNESS:  Yes?

13                         A JUROR:  Was there

14       only a single cap you removed or did you remove

15       two caps?

16                         THE WITNESS:  No, only

17       one cap on the floor when we arrived.

18                         A JUROR:  And there

19        were two pipes?

20                         THE WITNESS;  There

21        was one pipe.

22    Q    I would ask you to look at Grand Jury Exhibit

23        Number Sixteen.

24    A    Okay.  That's a different pipe.

25    Q    Is that a second pipe?

1                          Moran

2                                                    24

3

4    A    Correct.

5    Q    In the crawl space?

6    A    Yes.

7    Q    But the pipe that had the misfitting cap was a

8         cleanout pipe?

9    A    Was the sewer line, right.

10                        MS. BRAILEY:  Yes,

11        ma'am?

12                        A JUROR:  I am a

13        little confused.  We heard testimony there were

14        six five gallon gasoline cans, and there is now

15        sixty some odd gallons of gasoline.  Did Mr.

16        Valle explain how with gallon cans that can

17        only hold thirty, thirty-one gallons, if he

18        made a second go round?  How did he get all of

19        this gas out of the boat?

20

21   Q    Did Mr. Valle explain?

22   A    I asked him that exact question.

23   Q    And what answer did you receive?

24   A    He did not tell me how the other thirty-five to

25        forty gallons--where it went.

1                          Moran

2                                               25

3

4    Q    Did he tell you how many gas cans they had that

5         day?

6    A    Six.  Three were his and three were the

7         firehouse's.

8                          MS. BRAILEY:  Yes,

9         sir?

10

11   EXAMINATION BY MR. HUGHES:

12   Q    Investigator Moran, what exactly did he tell

13        you when you asked him that question?  What was

14        his response?

15   A    What happened to the other gallons?

16   Q    Yes.  What did he say?

17   A    He did not make an affirmative answer.  An

18        answer to where the other forty went, he said,

19        "We only did thirty gallons."  I said, "If you

20        just said sixty to seventy gallons, where did

21        the other go?"  He said, "I don't know."

22                          MR. HUGHES:  Thank

23        you.

24                          MS. BRAILEY:  Yes,

25        sir?

1                          Moran

2                                                    26

3

4                                    A JUROR:  Just to

5        clarify the question that was asked before, did

6        he say he made two trips or more than one trip

7        to get gas out of that boat?

8

9    EXAMINATION BY MS. BRAILEY:

10   Q     You may answer the question.

11   A     Can you restate the question, because I am

12         really not sure what you are asking.

13                                   A JUROR:  There was a

14         claim or statement there was about sixty

15         gallons of gas taken out of the boat, and you

16         have about thirty or thirty-one gallons

17         capacity in six containers.  In my mind someone

18         has to make two trips in order to get sixty

19         gallons out.  Did the gentleman say that he

20         made two trips or did he just make one trip?

21                                   THE WITNESS:  He told

22         me that he was at the firehouse twice that day,

23         once around 9:00 to pick up some cans, and then

24         they returned at 10:15 to pick up an additional

25         can, where they met the birthday people.  So,

1                                    Moran

2                                                                    27

3

4          in actuality he made two trips to the

5          firehouse, but only one after they arrived at

6          the boat.

7                              MR. HUGHES:    That's

8          what he told you?

9                              THE WITNESS:    That's

10         what he told me, yeah.

11                             A JUROR:    Only went to

12         the boat once is what we are saying?

13

14    Q    How many times did Mr. Valle tell you he went

15         back from the boat to dispose of gas?

16    A    Mr. Valle only admitted pumping out the thirty

17         gallons, the six five gallon containers,

18         approximately thirty-one gallons, and those

19         were the gallons that were dropped off at DPW.

20         He did not admit to bringing gas cans at 10:15

21         to the firehouse.

22                             MS. BRAILEY:    Yes,

23         sir?

24                             A JUROR:    I guess I

25         can't--maybe you can better ask this question,

1                          Moran

2                                              28

3

4       the A.D.A.  Is it possible that they drove the

5       truck, the pick-up truck through the fire

6       station and they had the gas cans in the truck,

7       picked up the extra gas cans at the firehouse,

8       put them in the back, put that into the truck,

9       and while they did that they possibly could

10      have had the cans in the truck at that time?

11                          MS. BRAILEY:  I can't

12      pose that question to this witness.

13           Yes, ma'am?

14                          A JUROR:  Did you

15      actually see the gas cans at DPW?  Can you ask

16      him that?

17

18   Q   Did you see gas cans at DPW?

19   A   Yes.

20                          A JUROR:  You might

21      have answered this already.  I am just confused

22      with those gas cans full of gas.

23

24   Q   At the time you saw them, Investigator Moran,

25      were those gas cans full of gas?

1                          Moran

2                                                    29

3

4    A    I cannot tell, because I was looking at the

5         video tape.

6                        MS. BRAILEY:  Okay,

7         here we go.

8

9    Q    Investigator Moran, did you have occasion to

10        review security video tapes from the Department

11        of Public Works or the Village of Sleepy

12        Hollow?

13   A    Yes.

14   Q    And where did that take place?

15   A    Took place in the Office of the DPW.

16   Q    And did you review--was anybody present with

17        you?

18   A    Yes.

19   Q    Members of the Sleepy Hollow Police Department?

20   A    Yes.

21   Q    And another investigator from our office?

22   A    Correct.

23   Q    And did you review the DVD or video tape of May

24        16, 2004?

25   A    Correct.

1                        Moran

2                                             30

3

4    Q    What, if anything, did you observe on that

5         video tape--was the tape time stamped?

6    A    Yes.

7    Q    Date and stamped?

8    A    Yes.

9    Q    What, if anything, did you observe on the video

10        tape at approximately 1447 hours for the May

11        16, 2004, tape?

12   A    I saw Paul Capello drive in along with

13        passenger Miguel Valle in the assistant fire

14        chief truck vehicle, come into DPW and off load

15        what looked like gas cans that were placed in

16        front of the DPW garage doors.

17                             A JUROR:  How many gas

18        cans?

19                             THE WITNESS:  I recall

20        five or six at the time.

21

22   Q    And that was at 2:47 in the afternoon?

23   A    Correct.

24                             MS. BRAILEY:  Yes,

25        sir?

1                          Moran

2                                                31

3

4                          A JUROR;  Did Mr.

5      Valle say that they disposed of any gas at the

6      DPW facility?

7

8   Q   You may answer the question.

9   A   They said they dropped it off in front of the

10      garage door.

11                          A JUROR:  Didn't say

12      they disposed of it in any sort of a waste

13      tank?

14                          THE WITNESS:  No.

15                          A JUROR:  Do you know

16      if there is a facility for disposal of bad gas?

17                          MS. BRAILEY:   I

18      believe he has testified to that--

19

20   Q   You may answer the question.

21   A   There is a waste tank at the DPW in which the

22      DPW employee told me that--

23   Q   Without telling us what the DPW told you.

24      Can gasoline, under any circumstances be put in

25      the waste oil tank?

1                          Moran

2                                              32

3

4    A    No.

5                          MS. BRAILEY:  Yes,

6         sir?

7                          A JUROR:  Did you, at

8         any time, sample the contents of the waste oil

9         tank to see if it had any concentration of

10        gasoline?

11

12   Q    Did you sample the waste oil tank?

13   A    I believe we did.  I don't have the lab reports

14        in front of me, but I took several samples that

15        day.

16                         MS. BRAILEY:  Yes,

17        ma'am?

18                         A JUROR:  The video

19        camera, would it show locations like where the

20        waste oil tank is, and if anybody was on the

21        premises and dumping stuff, are the cameras

22        positioned by that?

23                         THE WITNESS:  I am

24        just trying to--I believe it would.

25

1                          Moran

2                                               33

3

4    Q    Are you sure?  I am just asking.

5    A    I believe so.  If I recall correctly where the

6         waste oil tank was--

7    Q    When you reviewed that video tape, did you

8         observe anybody putting gasoline or emptying

9         anything in the waste oil tank?

10   A    No, just dropped them off in front of the

11        garage doors.

12                         MS. BRAILEY:  Yes,

13        ma'am?

14                         A JUROR:  Did anybody

15        check the gas tank from the actual boat to see

16        if there was gas left in the tank?

17

18   Q    Did you attempt to stick the gas tank on the

19        boat?

20   A    Yes.

21   Q    And were you able to do that?

22   A    No.

23   Q    And why is that?

24   A    Because the neck of the gas filler part is

25        angled.  You just can't do that.

1                         Moran

2                                                    34

3

4    Q    But you tried?

5    A    Yes.

                              MS. BRAILEY:  Yes,

7    ma'am?

                              A JUROR:  So on the

9    video tape you observed the fire chief's car?

                              THE WITNESS:

11   Assistant fire chief's car.

                              A JUROR:  Bringing the

13   gas cans in the white pick-up truck?

                              THE WITNESS:  Correct.

                              A JUROR:  An open bed

16   pick-up truck?

                              THE WITNESS:  Correct.

18

19   Q    What was that time, approximately?

20   A    Approximately 2:47.

                              MS. BRAILEY:  Yes,

22   ma'am?

                              A JUROR:  Did you see

24   them actually carrying the cans out of the

25   truck?

1                           Moran

2                                                    35

3

4                           THE WITNESS:  Yes, we

5        saw it on the video.

6                           A JUROR:  Do you have

7        any opinion as to whether they were full of gas

8        or empty cans?

9

10   Q    Based on observations of the video, can you

11       describe the manner in which they were being

12       moved so as to maybe an evaluation as to

13       whether in your experience they were heavy or

14       light?

15   A    To be perfectly honest, I couldn't tell if they

16       were full or not, or half full.  I could not

17       tell.

18                          MS. BRAILEY:  Yes,

19       ma'am?

20                          A JUROR:  Were they

21       ever looked at, those gas cans, I mean, the

22       transporter containers?

23

24   Q    Did you subsequently look at these gas cans?

25   A    Yes.

1                          Moran

2                                                    36

3

4                          A JUROR:  Was there

5       anything in them?

6                          THE WITNESS:  Not at

7       the time I saw them.

8

9   EXAMINATION BY MR. HUGHES:

10  Q    When did you examine the cans?

11  A    I examined the cans the next day, I believe in

12       the early afternoon.

13

14  EXAMINATION BY MS. BRAILEY:

15  Q    That would be May 17th, the day after the

16       incident?

17  A    Yes, uhuh.

18                          MS. BRAILEY:  Yes,

19       sir?

20                          A JUROR:  Based on the

21       video, could you tell if the cans were moved

22       from the initial location in front of the door

23       at DPW, between the time that they were dropped

24       off and the time that you were able to view the

25       cans or inspect the cans, to see if they had

```
1                          Moran

2                                              37

3

4         gas in them?  In other words, did someone--

5         could someone have possibly come between 1447

6         on the 17th, and emptied those cans, someone

7         else besides the people who dropped them off?

8

9    Q    If you recall, did you view that portion of the

10        video tape?

11   A    Yes.  Those containers never moved.

12   Q    Until the time you saw them?

13   A    No--until the time the DPW--

14   Q    Until the DPW what?

15   A    Worker picked them up and put bad gas water in

16        the waste oil tank and put gas back into the

17        gas tank.

18

19   EXAMINATION BY MR. HUGHES:

20   Q    Based on your knowledge, when was that done?

21   A    That was done the very next morning.

22   Q    You are going to have to give us a date,

23        Investigator.  Day and date.

24   A    Monday the--

25   Q    17th?  The day after the explosion?
```

1                              Moran

2                                                          38

3

4    A    Yes.  The day after the explosion, Monday the

5         17th.

6    Q    You say someone subsequently emptied these cans

7         and placed them, the contents, into the waste

8         oil tank;  is that correct?

9    A    Partially, yes.

10   Q    What do you mean partially?

11   A    He admitted, the DPW worker admitted to me that

12        he took what appeared to be water, dumped it

13        into the waste oil tank, and took the gas that

14        he separated from the water and dumped it into

15        the DPW gas reserve.  He didn't throw away good

16        gas.

17                         MR. HUGHES:  Yes,

18        ma'am?

19                         A JUROR:  He did

20        that--

21                         MS. BRAILEY:  Go

22        ahead.

23                         A JUROR;  He did that

24        on the 17th, the day after the explosion or

25        when?  I didn't get exactly when.

1                          Moran

2                                                    39

3

4                              THE WITNESS:  When he

5     came into work a little after 6 a.m.

6                              A JUROR:  On Monday?

7                              THE WITNESS:  On

8     Monday he did that, yes.  That's what he told

9     me.

10                             MR. HUGHES:  When were

11    you first advised about this investigation,

12    first assigned to it?

13                             THE WITNESS:  I got a

14    call from Sergeant Hood from Sleepy Hollow P.D.

15    on Monday that they had an incident, and that

16    they requested our assistance.

17                             MR. HUGHES:  That was

18    Monday the 17th of May?

19                             THE WITNESS:  Correct.

20                             MS. BRAILEY:  Yes,

21    ma'am?

22                             A JUROR:  The DPW

23    worker who told you that he separated the water

24    and gas, that was not Miguel Valle;  is that

25    correct, or it was?

```
1                              Moran
2                                                        40
3
4                              THE WITNESS:  No.
5                              A JUROR:   It was a
6        different person?
7                              THE WITNESS:  Correct.
8                              MR. HUGHES:  Was
9        Miguel Valle employed by the DPW?
10                             THE WITNESS:  Miguel
11       is not employed by the DPW, no.
12                             MR. HUGHES:  Did he
13       tell you who he was employed by?
14                             THE WITNESS:  He was
15       employed by the bus company, local bus company.
16                             A JUROR:  Did he tell
17       you how many tanks of gas that he, like, found
18       on that Monday?
19                             MS. BRAILEY:  That is?
20                             THE WITNESS:  That is
21       five or six.
22                             MS. BRAILEY:  You
23       know, we can't go any further, it is all
24       hearsay.
25            Yes, sir?
```

1                          Moran

2                                              41

3

4                          A JUROR:  From your

5    observation of the video tape, have you viewed

6    the video tape or the period of 10:20 to 12 on

7    the day of the explosion?

8                          THE WITNESS:  I

9    believe-- I looked at them from 6 a.m. on, yes.

10                         A JUROR:  And have you

11   seen anybody dispose of or bring any gasoline

12   in--

13

14   Q    You may answer the question.

15   A    The only time I witnessed gasoline cans being

16        taken out of a vehicle was approximately 2:47

17        that Sunday from the assistant fire chief's

18        truck and placed in front of the garage doors

19        at DPW.

20                         MS. BRAILEY:  Yes,

21   ma'am?

22                         A JUROR:  If you know,

23   are there any video cameras at the police

24   department or fire department headquarters of

25   Sleepy Hollow?

```
 1                        Moran

 2                                          42

 3

 4   Q    If you know?

 5   A    The answer is no.  They were broken or stolen

 6        or something.

 7                        MS. BRAILEY:  Are

 8        there any other questions?

 9          Mr. Hughes?

10                        MR. HUGHES:  No.

11                        MS. BRAILEY:  Thank

12        you, Investigator Moran.

13                        THE WITNESS:  Thank

14        you.

15                        (Witness excused)

16

17

18

19

20

21

22

23

24

25
```