# RUSSELL & PASTORE, L.L.C.
ATTORNEYS-AT-LAW
(203) 661-4200

SALLY RUSSELL*
JAMES PASTORE
KAREN L. MAYER*
ROSS M. KAUFMAN**

of counsel:
HAROLD H. DEAN

\* MEMBER CONNECTICUT AND NEW YORK BAR
\*\* MEMBER CONNECTICUT AND NEW JERSEY BAR

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

November 20, 2007

The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarrapos Street
White Plains, NY 10601-4150

Re: Miguel Valle v. Thomas Moran, et al.
Civil Docket No.: 7:07-cv-8214 (CLB)

Dear Judge Brieant:

Counsel have agreed to an extension on the briefing schedule permitting plaintiff to respond to Defendants' Motion to Dismiss no later than February 4, 2008 and Defendants' Reply by March 4.

The defendants have raised the issue of absolute immunity and request the Court stay discovery while the motions are pending and commence at the time the motion is decided; we have no objection. This matter is scheduled for a conference on December 7, 2007.

Very truly yours,

Karen L. Mayer

KM/st

cc: Hillary J. Raimondi