

**Andrew J. Spano**
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

May 8, 2008

By facsimile (914) 390-4085
Mrs. Alice Cama
Chambers of the Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>Valle v. Moran et ano.</u> 07 Civ. 08214 (CLB)(MDF)

Dear Mrs. Cama:

    This shall serve to confirm our conversation of earlier today, where the Court agreed to adjourn the appearance scheduled for tomorrow, May 9, 2008, to Friday, June 13, 2008 at 9:30 am, on consent of both parties. Should the Court have any questions, I can be reached at (914) 995-3671. Thank you for your consideration.

    Respectfully submitted,

    *[signature]*
    Hillary J. Raimondi
    Associate County Attorney

Cc:    James Pastore, Esq.
    Russell & Pastore, L.L.C
    By facsimile – (203) 661-3666

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601

Telephone: (914)995-2660   Website: westchestergov.com

MAY-08-2008 15:07    TOTAL P.02
P.02