UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIGUEL VALLE,

                            Plaintiff,

        - against -

INVESTIGATOR THOMAS MORAN and
INVESTIGATOR DALE BRICKWOOD of the
Westchester County District Attorney's Office,

                          Defendant.
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 8214 (CLB) (MDF)

      The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

_X_ All purposes permitted by law

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
          June 30, 2008

                                                    Charles L. Brieant
                                              United States District Judge